UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAVI KUMARARATNE, derivatively on behalf of WILLBROS GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN T. MCNABB, II, EDWARD J. DIPAOLO, MICHAEL C. LEBENS, DANIEL E. LONERGAN, ROBERT L. SLUDER, S. MILLER WILLIAMS, ROBERT R. HARL, and VAN A. WELCH, <br><br> Defendants, <br><br> - and - <br><br> WILLBROS GROUP, INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 15-cv-0577 |

## [Proposed] Order Granting Plaintiff's Unopposed Request for Voluntary Dismissal of Action Without Prejudice

Having considered plaintiff Ravi Kumararatne's unopposed request for entry of an order dismissing this action without prejudice, and good cause appearing, the Court grants plaintiff's unopposed request under Rule 23.1(c) and Rule 41(a)(2) of the Federal Rules of Civil Procedure. This action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 23, 2015

_____
The Honorable Keith P. Ellison
United States District Judge

1